DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MANUEL MAGAÑA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-236-JAM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME** |
| JOSE MANUEL MAGAÑA, | ) | |
| Defendant. | ) | Date:  September 18, 2012<br>Time:  9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTOPHER HALES, Assistant United States Attorney, and CARO MARKS, attorney for JOSE MANUEL MAGAÑA, that the status conference hearing date of August 21, 2012 be vacated, and the matter be set for status conference on September 18, 2012 at 9:45 a.m.

The reason for this continuance is to allow the defense additional time to prepare.  New counsel will be substituting in at the end of August and will need time to become familiar with the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 18, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   August 15, 2012.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender

                                             /s/ Courtney Fein for
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Jose Manuel Magaña

DATED:   August 15, 2012.                    BENJAMIN WAGNER
                                             United States Attorney

                                             /s/ Courtney Fein for
                                             CHRISTOPHER HALES
                                             Assistant U.S. Attorney

                                   ORDER

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the August 21, 2012, status conference hearing be continued
to September 18, 2012 at 9:45 a.m.  Based on the representation of defense
counsel and good cause appearing there from, the Court hereby finds that
the failure to grant a continuance in this case would deny defense counsel
reasonable time necessary for effective preparation, taking into account
the exercise of due diligence.  The Court finds that the ends of justice
to be served by granting a continuance outweigh the best interests of the
public and the defendant in a speedy trial.  It is ordered that time up
to and including the September 18, 2012 status conference shall be
excluded from computation of time within which the trial of this matter
must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
reasonable time to prepare.

Dated:  8/15/2012                    /s/ John A. Mendez
                                     John A. Mendez
                                     UNITED STATES DISTRICT COURT JUDGE